IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALPERT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-CV-3774 |
| | § | |
| MARK R. RILEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In a previous Memorandum and Order, this court denied the defendants' motions to dismiss and stayed this case pending resolution of the related state-court proceedings. (Docket Entry No. 73). Before the case was stayed, the parties had filed numerous motions. (Docket Entry Nos. 63, 65, 66, 68, 70). This court has reviewed the outstanding motions. The current record is inadequate to allow this court to grant the relief sought in those motions. The outstanding motions are therefore denied, but without prejudice to the parties refiling and supplementing the record when the stay is lifted. A status conference will be held on **April 14, 2006, at 4:00 p.m.**, to discuss the state court litigation and its present relationship to this case.

SIGNED on March 8, 2006, at Houston, Texas

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge