IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALPERT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-3774 |
| | § | |
| MARK R. RILEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**STATUS CONFERENCE SCHEDULING ORDER**

The parties will appear before this court, in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas, for status and discovery conferences through 2009 on the following dates:

- Monday, August 10, 2009 at 5:00 p.m.
- Tuesday, September 8, 2009 at 5:00 p.m.
- Monday, October 5, 2009 at 5:00 p.m.
- Monday, November 9, 2009 at 5:00 p.m.
- Monday, December 7, 2009 at 5:00 p.m.

Additional conferences may be scheduled if necessary.

SIGNED on June 19, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge