IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALPERT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-3774 |
| | § | |
| MARK R. RILEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On June 14, 2010, defendants Mark Riley and Dixie Meynier filed two motions for partial summary judgment, (Docket Entries No. 361, 363). One motion raised statute of limitations issues; the other motion raised issues related to the plaintiffs' Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1691, *et seq.* claims. The same day, the plaintiffs moved for partial summary judgment on several trust issues. (Docket Entry No. 366). Neither party has filed responses. Both parties now ask this court for additional time to file responses. This court grants the parties' request. Responses for all three motions are due **November 16, 2010**.

SIGNED on November 9, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge