IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMAN ALPERT and DANIEL ALPERT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-3774 |
| | § § | |
| MARK RILEY, | § § | |
| Defendant. | § | |

**ORDER**

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on February 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge