IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALPERT, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-04-3774 |
| MARK R. RILEY, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

On August 2, 2011, this court entered a Memorandum and Order granting in part and denying in part the plaintiffs' motion for entry of final judgment, (Docket Entry No. 467), and denying Riley's motion for judgment and a new trial, (Docket Entry No. 468). By October 3, 2011, the parties must file a proposed final judgment order consistent with this court's August 2 Memorandum and Order.

SIGNED on September 26, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge