**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT ALPERT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-3774 |
| | § | |
| MARK R. RILEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After this court entered final judgment, Riley filed a Renewed Motion for Judgment or, in the

Alternative, for New Trial.  (Docket Entry No. 499).  The motion is identical to an earlier motion

Riley filed.  (*See* Docket Entry No. 468).  This court denied the earlier motion in an August 8, 2011

Memorandum and Order.  (Docket Entry No. 480).  No change in law or new basis for relief is

identified.  The renewed motion is denied for the reasons stated in the August 8, 2011 Memorandum

and Order.

SIGNED on January 17, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge